ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Relyant Global LLC | ) | ASBCA Nos. 63024, 63257 |
| | ) | |
| Under Contract No. W912QR-18-C-0026 | ) | |

APPEARANCES FOR THE APPELLANT:   James H. Price, Esq.
                                 Michael R. Franz, Esq.
                                   Lacy, Price & Wagner, P.C.
                                   Knoxville, TN

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                  Brett R. Howard, Esq.
                                  Thomas M. Barrett, Esq.
                                  James M. Inman, Esq.
                                    Engineer Trial Attorneys
                                    U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: November 1, 2024

_____
MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63024, 63257, Appeals of Relyant Global LLC, rendered in conformance with the Board's Charter.

Dated: November 1, 2024

_for Jammye D. Albott_

_____

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals